975 F.2d 1553
 Western World Insurance Company, Inc., Tudor Ins. Co.
v.
Hubbard (Buckley, Jr., Buckley, III), Bert (J. Boyd, Jr.),
Karle (J. Patrick), Weber (C. John), Gordon (John), McClure
(Richard J.), Maxwell (Ronald), Mehl (Timothy), Hilbert
(William), Hamot Medical Center, City of Erie, PA, St.
Joseph Riverside Hospital, Gruber (Robert), Glenwood Beer
Distributors, Inc., Erie Indemn. Co., Industrial Ins. Co. PA
Ins. Guar. Assoc., Lexington Ins. Co. v. Saint Vincent Health Center
 NOS. 92-3051, 92-3052
 United States Court of Appeals,
Third Circuit.
 Aug 18, 1992
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 APPEAL DISMISSED.